SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Henry P. Baer (HB 1305)
David E. Schwartz (DS 4473)
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Defendants
  Skadden, Arps, Slate, Meagher & Flom LLP
  and Susan Dornfeld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JONATHAN JUNG,

              Plaintiff,

- against -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP and SUSAN DORNFELD,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05-CV-4286 (MBM)

ECF Case

NOTICE OF DEFENDANTS'
MOTION TO DISMISS THE FIRST,
THIRD, FOURTH AND SIXTH
CAUSES OF ACTION IN
PLAINTIFF'S COMPLAINT

**ORAL ARGUMENT REQUESTED**

       PLEASE TAKE NOTICE that upon the attached Declaration of David E. Schwartz, dated June 10, 2005, and the exhibits thereto; the accompanying memorandum of law; and upon all prior pleadings and proceedings had herein, defendants Skadden, Arps, Slate, Meagher & Flom LLP and Susan Dornfeld, by and through their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, will move this Court, before the Honorable Michael B. Mukasey, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing, with prejudice, the First, Third, Fourth and Sixth Causes of Action in the Complaint of plaintiff Jonathan Jung, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

and granting such other and further relief as this Court may deem just and proper, including costs.

Dated: New York, New York
       June 10, 2005

                                        Respectfully submitted,

                                        /s/ David E. Schwartz
                                        Henry P. Baer (HB 1305)
                                        David E. Schwartz (DS 4473)
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000
                                        Attorneys for Defendants
                                          Skadden, Arps, Slate, Meagher
                                          & Flom LLP and Susan Dornfeld

To:    Brendan Chao
        BRENDAN CHAO, ESQ.
        230 Park Avenue
        New York, New York 10169
        (212) 867-4753
        Attorney for Plaintiff