SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Henry P. Baer (HB 1305)
David E. Schwartz (DS 4473)
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Defendants
  Skadden, Arps, Slate, Meagher & Flom LLP
  and Susan Dornfeld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JONATHAN JUNG,                         :   05-CV-4286 (MBM)
                    Plaintiff,         :
                                       :   ECF Case
            -against-                  :
                                       :   CERTIFICATE OF SERVICE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,  :
LLP and SUSAN DORNFELD,                :
                                       :
                    Defendants.        :
------------------------------------- x

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on June 10, 2005, I caused a true copy of the

- *Notice of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint* with the annexed *Declaration of David E. Schwartz, Esq. Submitted in Support of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint,*

- *Memorandum of Law in Support of Defendants' Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint* and

- *Compendium of Unreported Cases Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First, Third, Fourth and Sixth Causes of Action in Plaintiff's Complaint*

to be served upon the following party in the manner indicated:

By Hand Delivery

Brendan Chao
BRENDAN CHAO, ESQ.
230 Park Avenue
New York, NY 10169

Dated: New York, New York
       June 10, 2005

Steven Ray Katzenstein (S.K. 7599)