UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JONATHAN JUNG                              :
                                           :   05 CV 4286 (MBM)
           Plaintiff,                 :
                                           :
                                           :
         -against-                     :   **STIPULATION**
                                           :
                                           :
SKADDEN, ARPS, SLATE MEAGHER & FLOM,       :
LLP and SUSAN DORNFELD,                    :
                                           :
           Defendants.                :
------------------------------------------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the time for Plaintiff to submit his Opposition to Defendants' FRCP 12(b)(6) motion to dismiss and Defendants' time to submit their Reply shall be extended to and including July 8, 2005, and July 29, 2005, respectively.

Dated: June 24, 2005
      Great Neck, New York


BRENDAN CHAO, ESQ.                               SKADDEN, ARPS, SLATE, MEAGHER
                                                 & FLOM LLP

By: _____                      By: _____
    Brendan Chao (BC8811)                            David E. Schwartz

Attorney for Plaintiff                           Attorneys for Defendants
150 Great Neck Road, Suite 304                   Four Times Square
Great Neck, New York 11021                       New York, New York 10036
(516) 466-2033                                   (212) 735-3000


SO ORDERED:


_____
U.S.D.J.