UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JONATHAN JUNG                                                  :
                                                               :
                       Plaintiff,                              :   Case No. 05 CV 4286(MBM)
                                                               :
                                                               :
          -against-                                            :   AFFIRMATION
                                                               :
                                                               :
SKADDEN, ARPS, SLATE MEAGHER & FLOM,                           :
LLP and SUSAN DORNFELD,                                        :
                                                               :
                       Defendants.                             :
-------------------------------------------------------------- X

      BRENDAN CHAO, an attorney duly admitted to practice before this Court, and the courts of the State of New York, hereby affirms under penalty of perjury:

      1.    I am the attorney of record for the Plaintiff, Jonathan Jung, in the above-captioned matter.

      2.    I submit this affirmation in support of Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss.

      3.    Attached hereto as Exhibit 1 is a true and correct copy of the Right to Sue Letter received by Plaintiff's attorney from the Equal Employment Opportunity Commission.

      4.    Attached hereto as Exhibit 2 is a true and correct copy of the cover page of the Complaint in this action, Civil Case No. 05 CV 4286.

      5.    Attached hereto as Exhibit 3 is the unpublished decision in Greenidge v. Ben Hur Moving & Storage, Inc., No. 02-CV-1635, 2002 WL 1796812 (E.D.N.Y. Aug. 6, 2002).

Dated: July 8, 2005
       Great Neck, New York

Case 2:05-cv-04286-CM    Document 6    Filed 07/08/2005    Page 2 of 2

BRENDAN CHAO

By: *[signature]*

Brendan Chao

Attorney for Plaintiff
150 Great Neck Road, Suite 304
Great Neck, New York 11021
(516) 466-2033


TO:   David E. Schwartz, Esq.
        SKADDEN ARPS MEAGHER & FLOM
        Attorneys for Defendants
        Four Times Square
        New York, New York 10036
        (212) 735-3000