UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JONATHAN JUNG                                              :
                                                           :
                Plaintiff,                         :    Case No. 05 CV 4286(MBM)
                                                           :
                                                           :
                -against-                          :    <u>AFFIRMATION OF SERVICE</u>
                                                           :
                                                           :
SKADDEN, ARPS, SLATE MEAGHER & FLOM,                       :
LLP and SUSAN DORNFELD,                                    :
                                                           :
                Defendants.                        :
------------------------------------------------------------------ X

        BRENDAN CHAO, an attorney duly admitted to practice law in this Court, and the courts of the State of New York, under the penalties of perjury, hereby affirms:

        I am not a party to the action, am over the age of 18 years, and reside in Nassau County, New York.

        On the 8th day of July 2005, I served an Attorney's Affirmation with attached Exhibits numbered 1 and 2, and a Memorandum of Law in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss upon the following:

        David E. Schwartz, Esq.
        SKADDEN ARPS MEAGHER & FLOM
        Attorneys for Defendants
        Four Times Square
        New York, New York 10036

by delivering a true copy thereof to a messenger service, which delivered the copy by hand to SKADDEN ARPS MEAGHER & FLOM.

Dated: July 8, 2005
       New York, New York

                                                                                     BRENDAN CHAO