CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on November 14, 2005, I caused a true copy of the

- *Notice of Defendant's Motion to Compel Arbitration and Stay This Action* with the annexed ***Declaration of David E. Schwartz, Esq. Submitted in Support of Defendant's Motion to Compel Arbitration and Stay This Action*** dated *November 14, 2005, and the exhibits annexed thereto,*

- ***Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and Stay This Action***

and

- ***Compendium of Unreported Cases Cited in Defendant's Memorandum of Law in Support of Its Motion to Compel Arbitration and Stay This Action***

to be served upon the following party in the manner indicated:

<u>By Federal Express and e-mail</u>

Brendan Chao
BRENDAN CHAO, ESQ.
150 Great Neck Road, Suite 304
Great Neck, NY 11021

Dated:  New York, New York
        November 14, 2005

                                            /s/ David E. Schwartz
                                            David E. Schwartz (DS 4473)