UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JONATHAN JUNG,                                          :
                                                        :
                Plaintiff,          :   Case No. 05 CV 4286(MBM)
                                                        :
    -against-                                         :   ATTORNEY AFFIRMATION
                                                        :
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,                   :
LLP,                                                    :
                                                        :
                Defendants.         :
------------------------------------------------------------------ X

        BRENDAN CHAO, an attorney duly admitted to practice before this Court, and the courts of the State of New York, hereby affirms under penalty of perjury:

        1.    I am the attorney of record for the Plaintiff, Jonathan Jung, in the above-captioned matter.

        2.    I submit this affirmation in support of Plaintiff's memorandum of law in opposition to Defendants' motion to compel arbitration and stay this action.

        3.    Attached hereto as Plaintiff's Exhibit 1 is a true and correct copy of Chao letter to Burke dated July 6, 2004.

        4.    Attached hereto as Plaintiff's Exhibit 2 is a true and correct copy of Baer letter to Chao dated July 14, 2004.

        5.    Attached hereto as Plaintiff's Exhibit 3 is a true and correct copy of Plaintiff's charge of discrimination with fax cover and confirmation page to Henry Baer.

        6.    Attached hereto as Plaintiff's Exhibit 4 is a true and correct copy of Defendant's position statement to the Equal Employment Opportunity Commission.

7. Attached hereto as Plaintiff's Exhibit 5 is a true and correct copy of a Stipulation extending Defendants' time to respond to complaint.

8. Attached hereto as Plaintiff's Exhibit 6 a true and correct copy of AAA Rules for Commercial Arbitration.

9. Attached hereto as Plaintiff's Exhibit 7 a true and correct copy of AAA National Rules for Resolution of Employment Disputes.

10. Attached hereto as Plaintiff's Exhibit 8 a true and correct copy of D.H. Blair & Co., Inc. v. Johnson, not reported in F. Supp., 1995 WL 422162 (S.D.N.Y. 1995).

Dated: December 5, 2005
      Great Neck, New York

                              BRENDAN CHAO
                              Attorney & Counselor at Law

                              By: _____
                                   Brendan Chao

                              Attorney for Plaintiff
                              150 Great Neck Road, Suite 304
                              Great Neck, New York 11021
                              (516) 466-2033

TO: David E. Schwartz, Esq.
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
      Attorneys for Defendants
      Four Times Square
      New York, New York 10036
      (212) 735-3000