CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on December 19, 2005, I caused a true copy of the

- *Defendant's Reply Memorandum of Law in Further Support of Its Motion to Compel Arbitration and Stay this Action* and

- *Compendium of Unreported Cases Cited in Defendant's Reply Memorandum of Law in Further Support of its Motion to Compel Arbitration and Stay this Action*

to be served upon the following parties in the manner indicated:

By Electronic Mail and Federal Express

Brendan Chao, Esq.
150 Great Neck Road, Suite 304
Great Neck, New York 11021

Dated: New York, New York
       December 19, 2005

             /s/ David Schwartz
            David Schwartz (DS 4473)

Dockets.Justia.com