

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL (212) 735 3000
FAX (212) 735-2000
http://www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

MEMO ENDORSED

DIRECT DIAL
212-735-2473
DIRECT FAX
917-777-2473
EMAIL ADDRESS
DESCHWAR@SKADDEN.COM

May 25, 2007

Via Hand Delivery
Law Clerks
Chambers of the Honorable Richard Conway Casey
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1350
New York, NY 10007

RE:  Jonathan Jung v. Skadden, Arps, Slate, Meagher
     & Flom LLP; 05 CV 4286

To Whom It May Concern:

In response to the Order of Judge Kimba M. Wood dated May 16, 2007, I have enclosed the parties' Joint Summary of the above-referenced case which was previously assigned to Judge Richard Conway Casey. Please feel free to contact me if you require any further information.

Very truly yours,

David E. Schwartz

Enclosure

cc:  Brendan Chao, Esq. (via facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____